UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CAUSE NO. 3:09-CR-132(01) RM |
| | ) |
| COLBY SMITH | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 6, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 20], ACCEPTS defendant Colby Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   January 27, 2010

　　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court